**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6156**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

RAY ANTOINE ROBERTSON,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (3:08-cr-00233-JRS-1)

Submitted:  May 30, 2012          Decided:  June 12, 2012

Before WILKINSON, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ray Antoine Robertson, Appellant Pro Se.  Michael Calvin Moore, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ray Antoine Robertson appeals the district court's order denying relief on his motion seeking a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and conclude that the revised drug equivalency tables implemented by Amendment 750, U.S. Sentencing Guidelines Manual (USSG) § 2D1.1 cmt. n.10(D) (2011), do not alter Robertson's sentence. See USSG §§ 1B1.10, 2D1.1(c)(4), app. C Amend. 750. Accordingly, we affirm the district court's order. We deny Robertson's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED